UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 17-22099-MBK |
| --- | --- | --- |
| | Chapter: | 7 |
| Timothy H. Ferguson and Antoinette M. Minors-ferguson | Judge: | Michael B. Kaplan |

## NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court
Clarkson S. Fisher U. S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on August 20, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| | **Description of Real Property** | **Petition Value** |
| --- | --- | --- |
| 1 | 6 Lansdowne Road, Burlington, NJ 08016 | $189,900.00 |

Liens on property:

| | **Description of Real Property** | **Creditors Info** | **Amount of Claim** |
| --- | --- | --- | --- |
| 1 | Single-family home6 Lansdowne RoadBurlington, NJ - 08016-0000BurlingtonPurchased by Debtors in February, 2011 for $189,000.00 | 1st mort.-Wells Fargo Bank | $252,794.50 |

Amount of Equity claimed as exempt:

| | **Description of Real Property** | **Value of Claimed Exemption** |
| --- | --- | --- |
| 1 | Single-family home6 Lansdowne RoadBurlington, NJ - 08016-0000BurlingtonPurchased by Debtors in February, 2011 for $189,000.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:       /s/ John W. Hargrave

Address:    117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:  (856) 547-6500

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-22099-MBK
Timothy H. Ferguson                                                       Chapter 7
Antoinette M. Minors-Ferguson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jul 16, 2018
                              Form ID: pdf905          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
```
db/jdb         +Timothy H. Ferguson,    Antoinette M. Minors-Ferguson,    6 Lansdowne Road,
                 Burlington, NJ 08016-2915
aty            +Phelan Hallinan & Schmieg,    400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, NA,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm              Wells Fargo Bank, N.A.,    1000 Blue Gentian Road,    Eagan, MI 55121-7700
517099987       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516879557       Diversified Adjustment Service, Inc.,    P.O. Box 32145,    Minneapolis, MN 55432-0145
516928367       Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
516879561       Santander Consumer,    P.O. Box 660633,    Dallas, TX 75266-0633
517522586      +Santander Consumer USA Inc,    POB 961245,    Fort Worth, TX 76161-0244
516952266      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516879563     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    P.O. Box 5855,
                 Carol Stream, IL 60197-5855)
516879562      +Township of Burlington Water & Sewer,    851 Old York Road,    Burlington, NJ 08016-3829
517048767      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517200117       US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
516879564      +US Dept of Educ/Sallie Mae,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
517570419       United Student Aid Funds, Inc. (USAF),    PO Box 8961,    Madison WI 53708-8961
516953410       WELLS FARGO BANK, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517484734       Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,   N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700
516879565      +Wells Fargo Bank, N.A.,    C/O Phelan Hallinan, Diamond & Jones, PC,    400 Fellowship Road,
                 Mount Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2018 23:44:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2018 23:44:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516879552       E-mail/Text: legal@arsnational.com Jul 16 2018 23:44:26      ARS National Services. Inc.,
                 P.O. Box 469046,    Escondido, CA 92046-9046
516879553      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 16 2018 23:46:11      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
516879554       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 23:44:37      Comenity Bank/VCTRSSEC,
                 P.O. Box 182789,    Columbus, OH 43218-2789
516879555       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 16 2018 23:44:37      Comenity-New York & Co.,
                 P.O. Box 659728,    San Antonio, TX 78265-9728
516879556       E-mail/PDF: creditonebknotifications@resurgent.com Jul 16 2018 23:46:14      Credit One Bank,
                 PO Box 60500,    City Of Industry, CA 91716-0500
517085739       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 16 2018 23:45:08      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
516879558       E-mail/Text: bnckohlsnotices@becket-lee.com Jul 16 2018 23:44:09      Kohl's Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
517074705       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2018 23:46:15
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517117887      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 16 2018 23:44:45      MIDLAND FUNDING LLC,
                 PO Box 2011,    WARREN, MI 48090-2011
516879559      +E-mail/PDF: pa_dc_claims@navient.com Jul 16 2018 23:46:13      Navient,    PO BOX 9500,
                 Wilkes Barre, PA 18773-9500
516879560      +E-mail/Text: electronicbkydocs@nelnet.net Jul 16 2018 23:44:52      NelNet,    PO Box 82561,
                 Lincoln, NE 68501-2561
517086681       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2018 23:58:22
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516884308      +E-mail/Text: electronicbkydocs@nelnet.net Jul 16 2018 23:44:52
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
516999174       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2018 23:46:49      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
517000715      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2018 23:46:49
                 Verizon by American InfoSource LP as agent,     4515 N Santa Fe Ave,
                 Oklahoma City OK 73118-7901
                                                                                               TOTAL: 17
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 16, 2018
                              Form ID: pdf905          Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave     trustee@hargravelaw.com,   jwh@trustesolutions.net
              Kevin C. Fayette    on behalf of Debtor Timothy H. Ferguson kfayette@kevinfayette.com
              Kevin C. Fayette    on behalf of Joint Debtor Antoinette M. Minors-Ferguson
               kfayette@kevinfayette.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 11
```